IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-156-BLG-SPW |
| | CR 18-157-BLG-SPW |
| Plaintiff, | |
| vs. | **ORDER VACATING** |
| | **DETENTION HEARING** |
| ANGELA MAXINE KILLEN, | |
| Defendant. | |

Defendant has filed Motion to Vacate Detention Hearing in each of these matters. (Docs. 31, 19.) Good cause appearing, IT IS HEREBY ORDERED that the Detention Hearing currently set for January 24, 2019, at 2:30 p.m. is vacated.

DATED this 17th day of January, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge