IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELA MAXINE KILLEN,<br><br>Defendant. | Cause No. CR 18-156-BLG-SPW<br>CR 18-157-BLG-SPW<br><br>ORDER |

On October 11, 2022, the Court appointed counsel to represent Defendant Killen on her motions to reduce the sentence under 18 U.S.C. § 3582(c)(1)(A). Counsel now moves to dismiss the motions to allow Defendant Killen to exhaust her administrative remedies.

Accordingly, IT IS ORDERED that Killen's motions to reduce the sentence (18-156 Doc. 143, 18-157 Doc. 170) are DISMISSED.

DATED this 12th day of December, 2022.

*Susan P. Watters*
Susan P. Watters
United States District Court